FILE COPY

RE: Case No. 25-0196                              DATE: 3/6/2025
COA #: 15-24-00001-CV                  TC#: D-1-GN-20-007210
STYLE: SONNENSCHEIN v. RIVERA, JR

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    DEBORAH  SONNENSCHEIN
                    * DELIVERED VIA E-MAIL & POSTAL *

RE: Case No. 25-0196                    DATE: 3/6/2025
COA #: 15-24-00001-CV          TC#: D-1-GN-20-007210
STYLE: SONNENSCHEIN v. RIVERA, JR

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                    CHRISTOPHER  PRINE
                    FIFTEENTH COURT OF APPEALS
                    P.O, BOX 12852
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0196                    DATE: 3/6/2025
COA #: 15-24-00001-CV          TC#: D-1-GN-20-007210
STYLE: SONNENSCHEIN v. RIVERA, JR

    A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                  MS. KAREN L. WATKINS
                  OFFICE OF THE ATTORNEY GENERAL
                  ADMINISTRATIVE LAW DIVISION
                  P.O. BOX 12548
                  AUSTIN, TX  78711-2548
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0196                    DATE: 3/6/2025
COA #: 15-24-00001-CV          TC#: D-1-GN-20-007210

STYLE: SONNENSCHEIN v. RIVERA, JR

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

DISTRICT CLERK  TRAVIS COUNTY
TRAVIS COUNTY COURT
P. O. BOX 679003
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *